# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00035-CV

**Westside Community Development Corporation, Appellant**

**v.**

**Fayette County Appraisal District, Appellee**

### FROM THE DISTRICT COURT OF FAYETTE COUNTY, 155TH JUDICIAL DISTRICT
### NO. 2011V-004, HONORABLE JEFF R. STEINHAUSER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Westside Community Development Corporation and appellee Fayette County Appraisal District have filed a joint motion to dismiss this appeal, indicating that the parties have settled the underlying dispute. They further request that we dismiss the appeal and order that each party bear its own costs of appeal. We grant the parties' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Joint Motion

Filed:   June 28, 2013